IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00313-MJW

COLORADO CENTER FOR HEALING TOUCH, INC. d/b/a HEALING TOUCH PROGRAM,

Plaintiff,

v.

HEALING TOUCH INTERNATIONAL, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of Plaintiff's First Amended Original Complaint (Docket No. 14), it is hereby ORDERED that Defendant Healing Touch International, Inc's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 9) is DENIED AS MOOT as the motion is now directed to an inoperative, superceded pleading. See, e.g., Gilles v. United States, 906 F.2d 1386, 1389 (10th Cir. 1990) (stating that "a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).

Date: April 11, 2014