IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00313-MJW

COLORADO CENTER FOR HEALING TOUCH, INC. d/b/a HEALING TOUCH PROGRAM,

Plaintiff,

v.

HEALING TOUCH INTERNATIONAL, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      On December 4, 2014, Defendant filed with the court a copy of its written discovery requests, apparently docketing the document as a motion through the court's CM/ECF system. The document does not appear to seek any relief or other order from the court. To remove the document from the CM/ECF motion list, it is hereby DENIED AS NOT A PROPER MOTION.

Date: December 4, 2014