IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00313-MJW

COLORADO CENTER FOR HEALING TOUCH, INC. d/b/a HEALING TOUCH PROGRAM,

Plaintiff,

v.

HEALING TOUCH INTERNATIONAL, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' joint Motion for Approval of Joint Stipulated Revised Scheduling Order (Docket No. 26), which the Court views as a motion to enlarge deadlines, is GRANTED for good cause shown.

It is further ORDERED that the Scheduling Order (Docket No. 21) is AMENDED as follows:
- The deadline to designate affirmative experts is extended to March 15, 2015;
- The deadline to designate rebuttal experts is extended to April 15, 2015;
- The deadline to serve written discovery is extended to April 27, 2015;
- The discovery cut-off is extended to May 30, 2015; and
- The deadline to file dispositive motions is extended to June 1, 2015.

The Court notes that the final pretrial conference remains set for June 8, 2015, at 10:00 a.m.

Date: December 19, 2014