IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00313-MJW

COLORADO CENTER FOR HEALING TOUCH, INC. d/b/a HEALING TOUCH PROGRAM,

Plaintiff,

v.

HEALING TOUCH INTERNATIONAL, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Original Complaint (Docket No. 41) is GRANTED, finding good cause for filing out-of-time and finding no objection from Defendant;

- Plaintiff's Amended Complaint (Docket No. 42) is ACCEPTED as the operative complaint in this case; and

- Plaintiff shall file a notice with a black-lined version of the amended pleadings in compliance with D.C.COLO.LCivR 15.1(a).

Date: July 27, 2015